UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re:

MICHAEL D. WEINER

Debtor

Chapter 13

Case No. 09-41778

**DEBTOR'S MOTION TO AMEND CHAPTER 13 PLAN**

NOW COMES THE DEBTOR pursuant to MBLR Appendix 13-12(a) for leave to amend his Chapter 13 Plan post-confirmation for the following reasons:

1. Middlesex Savings Bank filed a proof of claim (Claim Registry #2) for $909.83 which appears to be a valid debt owed by the debtor for overdraft protection, but which was not scheduled. The Debtor has amended Schedule F to include the claim. The amended plan includes the new claim.

WHEREFORE Debtor moves that the Court approve Debtor's First Amended Chapter 13 Plan attached hereto.

Dated: February 16, 2010

MICHAEL D. WEINER
BY HIS ATTORNEY:

　 /s/ Michael J. Tremblay　
MICHAEL J. TREMBLAY,   BBO 502133
277 Main St.
Marlborough, MA 01752
Tel. 508-485-4500
Fax. 508-449-3969
Email:  attorney@tremblay.com

4/14/2010  ALLOWED.   NO OBJECTIONS FILED.